**[Dntcdfpp]** [District Notice of Deficient Filing Post Petition]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:18−bk−04572−ABB |
| | Chapter 13 |
| Brandy Nicole Galloway | |
| _____Debtor*_____ / | |

NOTICE OF DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On July 30, 2018 the above named Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the date of this notice unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   The initially filed Chapter 13 Plan was filed without indication of being served on all creditors. The Debtor is directed to serve a copy of the Chapter 13 Plan upon all creditors and file proof of service within 14 days from the date of this notice.

| | |
|---|---|
| | FOR THE COURT |
| Dated: August 14, 2018 | Sheryl L. Loesch , Clerk of Court |
| | George C. Young Federal Courthouse |
| | 400 West Washington Street |
| | Suite 5100 |
| | Orlando, FL 32801 |

   The Clerk's office is directed to serve a copy of this notice on interested parties.

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.